# WRIT OF FIERI FACIAS
## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

CIVIL ACTION NUMBER  2019CV323363

JUDGMENT DATE  01/29/20

Plaintiff's Attorney – Name, Address & Telephone

Name: VINCENT R RUSSO

Address:
ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC
500 14TH ST NW
ATLANTA GA 30318

Telephone & Area Code 404-856-3279

Fi. Fa. In Hands of:_____

2020066955   LIEN BOOK **2306**   Pg **382**

Filed and Recorded:
4/28/2020 8:39:32 AM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

### CANCELLATION

The within and forgoing Fi Fa. Having been paid in full the Clerk of Superior Court is hereby directed to cancel it of this _____ day of _____ 20 _____

Signature: _____

Title: _____

GROUNDFLOOR HOLDINGS GA LLC

Plaintiff(s)

VS.

WORDEN & ASOCIADOS LLC, SANJAY PATEL, DORSEY HAMMOND AND FLOURISH HOME INVESTORS LLC

Defendant(s)

To all and singular the sheriffs of the State and their lawful deputies:

In the above styled case, and on the judgment date set out, the plaintiff(s) named above, judgment in the following sums:

| | |
|---|---|
| Principal | $7,945,489.35 |
| Interest | $_____ |
| Interest – Other | $_____ |
| Attorney's Fees | $ 138,252.67 |
| Court Cost | $_____ |
| Totals | $_____ |

NOTE:_____

with future interest upon said principal amount from the date of the judgment at the legal rate.

Therefore, YOU ARE COMMANDED, that of the goods and chattels, land and tenements of said defendant(s). and ESPECIALLY/ONLY of the following described property, to wit:

YOU cause to be made the several sums set out in the forgoing recital of the judgment in this cause and have the said several sums of money before the Superior Court of this County at the next term of court, with this Writ to render to said plaintiff(s), interest, attorney fees and costs aforesaid.

Witness the Honorable ___CRAIG L SCHWALL___ Judge of Said Court, this the 4TH day of MARCH, 2020.

Lien 4801 Pg 496
Filed and Recorded Mar-05-2020 09:51am
2020-0109580
:ATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

Cathelene Robinson, Clerk of Superior Court

By: _____
Deputy Clerk
Entered on General Execution Docket at
Page _____ this _____ day of _____, 20____.

166-16-689

A diligent search was made and no property of the defendant(s) _____

_____

Has been found in this County, on which to levy this Fi Fa. This the _____ day of _____, 200_____

_____
Deputy Sheriff

**STATE OF GEORGIA, COUNTY OF FULTON:**

I have this day executed the within Fi Fa. by levying upon and seizing the following described property of defendant(s). to-wit:

**STATE OF GEORGIA, COUNTY OF FULTON:**

I have this day executed the within Fi Fa. by levying upon and seizing the following described property of defendant(s). to-wit:

Levied at _____

Georgia, this _____ day of _____, 20_____

Levied at _____

Georgia, this _____ day of _____, 20_____

_____
Deputy Sheriff

_____
Deputy Sheriff

**THE PROPERTY DESCRIBED IN LEVY WAS KNOCKED DOWN TO**

**THE PROPERTY DESCRIBED IN LEVY WAS KNOCKED DOWN TO**

| | |
|---|---|
| Sheriff's Service | $_____ |
| Sheriff's Commission | $_____ |
| Sheriff's Deed | $_____ |
| Sheriff's Levy | $_____ |
| Advertising Fee | $_____ |
| Other | $_____ |
| Total | $_____ |
| Net Proceeds | $_____ |

| | |
|---|---|
| Sheriff's Service | $_____ |
| Sheriff's Commission | $_____ |
| Sheriff's Deed | $_____ |
| Sheriff's Levy | $_____ |
| Advertising Fee | $_____ |
| Other | $_____ |
| Total | $_____ |
| Net Proceeds | $_____ |

```
                    Debra DeBerry
                Clerk of Superior Court
                    Dekalb County
              556 North McDonough Street

                    Customer Receipt

 Ticket Number: 1815845
 Transaction Date: 2020/04/28 08:39:35  AM
 Printed On 2020/04/28 08:39:53  AM
 Operator Id: JCM
 Submitter Name:
 ROBBINS ROSS ALLOY BELINFANTE LITTLEFIEL
 500 14TH STREET  NW

 ATLANTA, GA 30318

 Date Filed: 4/28/2020 8:39:32 AM

 Charges (1)
 Instrument# Type    Bk-Pg                Amount
 _____
 2020066955  FIFA    LB-2306-382          $25.00

 RECORDING FEE                  $25.00
 _____
 TOTAL CHARGES                           $25.00

 Payments (1)
 _____
 Ck# 32462(R)                            $25.00

 RECORDING FEE PAYMENTS         $25.00
 ================================================
 TOTAL PAYMENTS                          $25.00
 BALANCE DUE                              $0.00
```